787 A.2d 420

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**David DARUSH, Respondent.**

Supreme Court of Pennsylvania.

Jan. 8, 2002.

## ORDER

PER CURIAM.

AND NOW, this 8th day of January, 2002, the Petition for Allowance of Appeal is hereby GRANTED, the order of the Superior Court is REVERSED, and the matter is REMANDED for reconsideration in light of *Commonwealth v. Rekasie*, 778 A.2d 624 (Pa.2001).

Mr. Justice Eakin did not participate in this matter.